# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2853
_____

KLENTON T. MCLEMORE III,

  Petitioner,

  v.

BARRON & REDDING, P.A.,
CLIFFORD W. SANBORN, SCOTT
H. MCLEMORE, KLENTON L.
MCLEMORE, WILLIAM W.
MCLEMORE, DEBORAH SHOMAN
ZIRBEL, DEBORAH J. SHOMAN,
DEBORAH J. SHOMAN INC.,
D.B.A. STEWART & SHOMAN
REPORTING, JOSEPH SILVA JR.,

  Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


May 14, 2025


PER CURIAM.

The Court dismisses this cause. The Court warns Petitioner that any future filings that this Court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this Court.

RAY, BILBREY, and KELSEY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Klenton T. McLemore, III, pro se, Petitioner.

Thomas J. Guilday and Elizabeth M. van den Berg of Guilday Law, P.A., Tallahassee; Sarah Cureton and D. Ross McCloy. Jr., of Hand Arendall Harrison Sale LLC, Panama City, for Respondents.